[Civ. No. 10709.   First Appellate District, Division One.—May 5, 1938.]

L. J. McQUEEN, Respondent, v. CHARLES L. FRODING, Appellant.

No appearance for Appellant.

Knight, Boland & Riordan for Respondent.

THE COURT.— Respondent having served and filed notice of motion to dismiss appeal herein, and no appearance having been made on behalf of appellant at the hearing of the motion and no opposition having been filed thereto, it is ordered that the motion be and the same is hereby granted upon the grounds stated therein, and accordingly the appeal is dismissed.